UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT HOEFERT,

    Petitioner,

-vs-                                        Case No.  8:07-CV-1468 -T-30MAP

SECRETARY, FLORIDA DEPT.
OF CORRECTIONS,

    Respondent.
_____/

**O R D E R**

This matter is before the Court for consideration of Petitioner's letter to the Clerk which the Court construes as a motion for leave to proceed on appeal *in forma pauperis* (Dkt. 25). On September 4, 2008, the Court denied Petitioner's Motion for Issuance of Certificate of Appealability (Dkt. 24). Therefore, Petitioner's motion to proceed on appeal *in forma pauperis* will likewise be denied.

ACCORDINGLY, the Court **ORDERS** that Petitioner's construed motion for leave to proceed on appeal *in forma pauperis* (Dkt. 25) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on September 26, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy to: Petitioner/Counsel of Record